ty; *McKinley, J.*). In this, his second appeal before the Law Court he alleges that the Superior Court (Franklin County; *McKinley, J.*) committed reversible error in denying his motion for a new trial.

The facts leading to Grover's conviction for selling cocaine are laid out in *State v. Grover (Grover I)*, 518 A.2d 1039 (Me. 1986). After his conviction, Grover brought a motion for a new trial based on the discovery that the sole witness for the prosecution, a police officer, admitted to falsifying police reports to protect informants. After hearing on the motion, the Superior Court determined that because the falsification was on a different case the defense had not proved that if admitted the evidence would have resulted in a different verdict.

The decision not to grant the motion for a new trial was not clear error and will not be disturbed. *State v. Hardy*, 501 A.2d 815, 816 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Daniel Fennell appeals from a judgment of the Superior Court (York County; *Cole, J.*) affirming the judgment of the District Court (Biddeford; *MacNichol, J.*) finding him guilty of violation of 29 M.R.S.A. § 1312–B (Supp.1988).

We find no merit in the contention that the trial court erred in denying Fennell's motion to suppress evidence secured by the police officer when he investigated the reason for Fennell's car being stopped in the breakdown lane of the highway. *See State v. LaPlante*, 534 A.2d 959, 962 (Me.1987); *State v. Doucette*, 507 A.2d 590 (Me.1986); 3 W. LaFave, *Search and Seizure* § 9.2(h), at 409 n. 230 (1987).

The entry is:

Judgment affirmed.

All concurring.

STATE of Maine

v.

**Daniel J. FENNELL.**

Supreme Judicial Court of Maine.

Submitted on Briefs March 6, 1989.
Decided March 8, 1989.

Mary Tousignant, Dist. Atty., Anne H. Jordan, Deputy Dist. Atty., Alfred, for State.

James Gregory Boulos, Biddeford, for defendant.

**STATE of Maine**

v.

**Gerard TARDIF.**

Supreme Judicial Court of Maine.

Submitted on Briefs March 7, 1989.
Decided March 10, 1989.

Janet Mills, Dist. Atty. and Craig Turnery, Asst. Dist. Atty., Auburn, for the State.

Edward Cloutier, Cloutier, Joyce, Dumas & David, Livermore Falls, for defendant.